DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW CRAIG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-706

[July 29, 2015]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Feuer, Judge; L.T. Case No. 50-2009-CF-012402-AXXXMB.

Matthew Craig, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Smith v. State*, 40 Fla. L. Weekly D738 (Fla. 4th DCA March 25, 2015).

CIKLIN, C.J., LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***